IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

vs                                           Case Number: 15-04017-01-CR-C-BCW

Stacy Renae Merrell

Recorder/CRD: Denise Halasey/ Carrie James
Date:   November 4, 2015

Honorable Brian C. Wimes presiding at Jefferson City, Missouri

Time:   1:20 p.m. – 1:50 p.m.
**Dft plead to Count    1   of the indictment on   7/23/15.   The Court accepts the plea .**

**APPEARANCES**            Plaintiff:   Mike Oliver
                            Defendant:   Troy Stabenow
                            Probation:    Jeremy Thomas

---

**PROCEEDINGS IN COURTROOM:   Above parties present.   There were objections which were overruled by the Court.   The Court adopts P.S.I.R. without change.   Court asserts statutory guidelines.   Counsel makes sentence recommendations.   Defendant accorded allocution.**

**SENTENCE: Defendant sentenced to the Bureau of Prisons for a term of 120 months, followed by 4 years supervised release. Special conditions are ordered according to part D of the PSIR. Fine waived; MSA: $100.  Dft advised of right to appeal. Final Order of Forfeiture is entered. The Court recommends the 500 hour residential drug treatment program.**

---